# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| HOLLI TELFORD,<br><br>  Plaintiff,<br><br>vs.<br><br>MONTANA LAND EXCHANGE, et al.,<br><br>  Defendants. | CV 18-182-BLG-SPW-TJC<br><br>**ORDER** |

On December 31, 2018, this case was filed in the Billings Division. (*Id*. at 1.) Upon review of the Complaint, it appears this action relates to property located in Lima, Montana, which is in Beaverhead County. Accordingly, pursuant to Local Rule 1.2(c)(2), this case shall be transferred to the Butte Division.

**IT IS ORDERED**.

DATED this 4th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge